Orlando James Tuffly #078098
Name and Prisoner/Booking Number

Gila County Jail (Globe, AZ)
Place of Confinement

P.O. Box 311
Mailing Address

Globe, Arizona 85502
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 05 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Orlando James Tuffly,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Adam Shepherd,
(Full Name of Defendant)
(2) Justin Solberg,
(3) Penni Padgett,
(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-397-PHX-SRB-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: U.S. Constitution 8th Amend / Regulations, orders to Covid

2. Institution/city where violation occurred: Gila County Jail / Globe, Arizona

## B. DEFENDANTS

1. Name of first Defendant: __J. Adam Shepherd__. The first Defendant is employed as: __Sheriff of Gila County__ at __Gila County Sheriffs office__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Justin Solberg__. The second Defendant is employed as: __Deputy Major / Jail Commander__ at __Gila County Sherriffs office__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Penni Padgett__. The third Defendant is employed as: __Health Care Coordinator / Chief nurse__ at __Gila County Sheriffs office__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Failure to do proper orders pertaining to COVID-19, Health violation of persons.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During my stay from August 12 till currently 2/22/21 Gila County Sheriffs Office, Globe facility, is located in Globe, Arizona. Has to me failed to properly go about preventing the spread of Covid-19. It is evident to me that J. Adam Shepherd, as is the head of Gila County Sheriffs office along with Mr. Major Solberg, Lead Nurse Ms. Penni Packett were all involved in a deliberate, indifference when faced with the task of preventing the spread of COVID-19 within the facility. The three mentioned did not have inmates tested upon arrival of Gila County or in between until sometime in January. One of the procedures was having a temperature check done, then, corantined for at least 10 days. In a unit or housing area in South Tank upon arrival I was given a mask only for court then was taken away. Putting my persona in jeopardy of catching covid-19. Myself later in the year of 2020 would ask but was denied due to the lack of having PPE for preventing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Medical procedure, I think was being handled carelessly or to long of a response. Due to inmates being sick. Some people were often being denied immediate tests, who were sick.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. other inmates were given negative reactions and no answers.

## COUNT II

1. State the constitutional or other federal civil right that was violated: Cruel And unusual punishment all orders related to Covid-19 safety, Health care of Inmates.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   J. Adam Shepherd and Justin Silberg, in a deliberate indifference, allowed Hocking to freely roam the floor with me in my Housing unit exposing me to Covid-19. At times they would patrol without a mask and allowed inmates such as myself to be around inmates they were booking into Gila County to include the booking inmates. Were not masked. They say Covid is Airborne in one Rescue their was a large Dorm fan that was faced toward north Tank and inbetween south which was blowing the Airborne Disease right towards inmates and self. Those Issues were addressed to fix with no avail was denied. During some hours of court and days a couple times I was placed right side by side with inmates that was from Quarantine known as south for a period of up to 1 hour while waiting upon court. Not to mention neither of us had a mask. Officers without masks traveled from Quarantine south to other housing Areas known as North, 214, west, and booking all day long. Then at times would pass trays openly through the known Quarantine area then to North 214 after being exposed with Airborne Covid-19. I myself Orlando James Tuffey became ill.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Due to lack of planning, care, action when I became sick, I had lost taste, smell, and had a continuous fever all day.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to other inmates being denied.

## COUNT III

1. State the constitutional or other federal civil right that was violated: Cruel and unusual Punishment Covid-19 Executive orders. The US constitution.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Due to combined wreckless negligence in deliberate indifference, nearly a year after the pandemic begins, Penni Padgett, Justin Solberg and J. Adam Shepherd. Deal with inmate uprising at which time being already sick showing symptoms, numerous inmates are tested and majority are positive. After a rapid out break throughout the Jail facility. I was later finally issued a mask for protection of the monster virus. Infected inmates as myself were asking for antibiotics and was being told we don't just give anti-biotics just for anything. At this time I did not do paperwork because of all the commotion going on with staff and inmates already. I believe nearly 90 inmates in North Tank were I was being housed became sick and ill. At this time still no vaccine is offered, no quarantine is offered or medication by Penni Padgett nor Solberg, taking ineffective actions by simply just asking inmates and self to remain patient. If effective actions were taken, myself and others may have never gotten sick.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Taste and smell are still affected today. Affected by the inactions of Penni Padgett, Major Solberg, and J. Adam Shepherd all subject to cruel and unusual punishment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Other inmates such as myself were being denied relief already.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking: I've been humanly treated unfairly, due to exposure of COVID-19 losing taste and smell. Actions being taken after the fact of being sick and exposed by staff, and surrounding inmates. After being sick and exposed I Orlando James Tuffly seek the relief of 2.7 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb 24th, 2021
DATE

_Orlando James Tuffly_
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.