# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Orlando James Tuffly,<br><br>    Plaintiff,<br><br>v.<br><br>J Adam Shepherd, et al.,<br><br>    Defendants. | NO. CV-21-00397-PHX-SRB (DMF)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 19, 2021, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                               Debra D. Lucas
                                               District Court Executive/Clerk of Court

April 19, 2021

                                               s/ M. Hawkins
                                    By   Deputy Clerk